# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2796

Laura Seidl, derivatively on behalf of the nominal defendant with respect to the American Century Ultra Fund

Appellant

v.

American Century Companies, Inc., et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:10-cv-04152-ODS)
_____

**MANDATE**

In accordance with the opinion and judgment of 08/21/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 16, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit